COM.

v.

**JACKSON, J.**

**2600 EDA 2016**

Superior Court of Pennsylvania.

08/17/2017

C–51–CR–1202331–2005

(Philadelphia)

Vacated/Remanded

COM.

· v.

**THOMAS, M.**

**2958 EDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–23–CR–0001721–2011

(Delaware)

Affirmed

COM.

· v.

**SINGLETARY, D.**

**2805 EDA 2016**

Superior Court of Pennsylvania.

08/17/2017

CP–15–CR–0001630–2013
CP–15–CR–0001778–2013

(Chester)

Vacated/Remanded

COM.

v.

**CHESLAK, G.**

**3134 EDA 2016 .**

Superior Court of Pennsylvania.

08/17/2017

CP–13–CR–0000562–1996

(Carbon)

Affirmed